# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| United States Securities and Exchange Commission, ) ) ) | |
| Plaintiff, ) ) | **ORDER RE ADMISSION** <br> **PRO HAC VICE** |
| vs. ) ) | |
| North Dakota Developments, LLC, ) <br> Robert L. Gavin, and Daniel J. Hogan, ) ) | Case No. 4:15-cv-053 |
| Defendants, ) ) | |
| and ) ) | |
| North Dakota Developments Property ) <br> Management LLC, Great American Lodge ) <br> LLC, NDD Holdings 1 LLC, NDD ) <br> Holdings 2 LLC, NDD Modular LLC, ) <br> Augusta Exploration, LLC, and Ames ) <br> Engineering & Development Services LLC, ) ) | |
| Relief Defendants. ) | |

Before the court is Defendant Robert L. Gavin's motion for attorney Thomas D. Birge to appear *pro hac vice* on his behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Thomas D. Birge has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the Defendant's motion (Docket No. 13) is **GRANTED**. Attorney Thomas D. Birge is admitted to practice before this court in the above-entitled action on behalf of Defendant Robert L. Gavin.

**IT IS SO ORDERED.**

Dated this 15th day of May, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge