# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States Securities and Exchange Commission, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER RE ADMISSION** <br> **PRO HAC VICE** |
| vs. | ) ) | |
| North Dakota Developments, LLC; Robert L. Gavin; and Daniel J. Hogan, | ) ) ) | |
| | ) | Case No. 4:15-cv-053 |
| Defendants. | ) ) | |
| and | ) ) | |
| North Dakota Developments Property Management LLC; Great American Lodge LLC; NDD Holdings 1 LLC; NDD Holdings 2 LLC; NDD Modular LLC; Augusta Exploration, LLC; and Ames Engineering & Development Services, LLC, | ) ) ) ) ) ) ) ) | |
| Relief Defendants. | ) ) | |

Before the court is a motion for attorney Steven G. Loosle to appear *pro hac vice* on behalf of FX Drilling Company, Inc. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Steven G. Loosle has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 59) is **GRANTED**. Attorney Steven G. Loosle is admitted to practice before this court in the above-entitled action on behalf of FX Drilling Company, Inc..

1

**IT IS SO ORDERED.**

Dated this 13th day of November, 2015.

                                                      */s/ Charles S. Miller, Jr.*
                                                     Charles S. Miller, Jr.
                                                     United States Magistrate Judge