EXHIBIT D

Augusta Exploration, LLC.
812 East Second Street
Whitefish, MT 59937

EK415862294US

10/31/14
Invoice: 28001

Day work Drilling Contract: Krone#1
T18N, R5W
Section 32: NW/4 NE/4
Lewis and Clark County, Montana

| Date | Description | Qty | | Rate | | | Amount |
|---|---|---|---|---|---|---|---|
| 10/6-10/14 | **Move in Drilling Rig to Location.** | | | | | | |
| | 25 Loads | | | | | | $ 48,000.00 |
| 10/10/14 | **Crew travel to and from location** | 5.00 Hrs | @ | $ 1,035.00 | Hr | ......... $ | 5,175.00 |
| | **Rig Up - 10:AM - 6:00 PM** | 8.00 Hrs | @ | $ 664.58 | Hr | ......... $ | 5,316.64 |
| | Rig up truck#1 | 3.00 Hrs | @ | $ 225.00 | Hr | ......... $ | 675.00 |
| | Rig up truck#2 | 7.00 Hrs | @ | $ 225.00 | Hr | ......... $ | 1,575.00 |
| | **Extra Labor** | | | | | $ | - |
| | Kevin | 8.00 Hrs | @ | $ 75.00 | Hr | ......... $ | 600.00 |
| | Cleve | 8.00 Hrs | @ | $ 65.00 | Hr | ......... $ | 520.00 |
| | Mario | 8.00 Hrs | @ | $ 55.00 | Hr | ......... $ | 440.00 |
| | Brian | 8.00 Hrs | @ | $ 55.00 | Hr | ......... $ | 440.00 |
| 10/13-28/14 | **Rig time thru rig down** | | | | | | |
| | Rig #5 | 364.00 Hrs | @ | $ 664.58 | Hr | ......... $ | 241,907.12 |
| | Rig up truck#1 | 3.00 Hrs | @ | $ 225.00 | Hr | ......... $ | 675.00 |
| | Rig up truck#2 | 7.00 Hrs | @ | $ 225.00 | Hr | ......... $ | 1,575.00 |
| 10/13-28/14 | **Crew travel to and from location to hotel** | | | | | | |
| | Day Crew - 16 Days X 2hrs | 32.00 Hrs | @ | $ 310.00 | Hr | ......... $ | 9,920.00 |
| | Night Crew - 16 Days X 2hrs | 32.00 Hrs | @ | $ 360.00 | Hr | ......... $ | 11,520.00 |
| | Pickups - (4) - 16 Days X 2hrs | 128.00 Hrs | @ | $ 55.00 | Hr | ......... $ | 7,040.00 |
| 10/13-28/14 | **Per Diem** | | | | | | |
| | 11 Men @ 16 Days | 176.00 Dy/mn | @ | $ 140.00 | Hr | ......... $ | 24,640.00 |
| | 1 Man @ 6 Days | 6.00 Dy/mn | @ | $ 140.00 | Hr | ......... $ | 840.00 |
| 10/13-28/14 | **Rig Fuel - Usage** | | | | | | |
| | Breen Oil Company#4978 | 3828.00 Gal | @ | $ 3.16 | Gal | ......... $ | 12,096.48 |
| | Breen Oil Company#5014 | 2891.00 Gal | @ | $ 3.16 | Gal | ......... $ | 9,135.56 |
| | Breen Oil Company#5035 | 2362.00 Gal | @ | $ 3.16 | Gal | ......... $ | 7,463.92 |
| | Breen Oil Company#5068 | 2393.00 Gal | @ | $ 3.16 | Gal | ......... $ | 7,561.88 |
| | Breen Oil Company#5078 | 2358.0 Gal | @ | $ 3.16 | Gal | ......... $ | 7,451.28 |

| 10/13-28/14 | Parts Used and Extra Equipment | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 17" X 3" flow tee rubbers | 6.00 | Ea | @ | $ | 122.00 | Ea | ......... $ | 732.00 |
| | 12" X 2" flow tee rubbers | 15.00 | Ea | @ | $ | 55.00 | Ea | ......... $ | 825.00 |
| | Sample Bags | 4.00 | Box | @ | $ | 50.00 | Ea | ......... $ | 200.00 |
| | 165 mesh shaker screens | 8.00 | Ea | @ | $ | 550.00 | Ea | ......... $ | 4,400.00 |
| | Transformer - usage | 13.00 | Days | @ | $ | 35.00 | Day | ......... $ | 455.00 |
| | Garbage disposal-Town Augusta | 2.00 | Ea | @ | $ | 100.00 | Ea | ......... $ | 200.00 |
| | Pick used to haul garbage cage | 4.00 | Hrs | @ | $ | 55.00 | Hr | ......... $ | 220.00 |
| 10/29/14 | Crew travel home | | | | | | | | |
| | 5 Men - 2.5hrs/Ea | 12.50 | Hrs | @ | $ | 340.00 | Hr | ......... $ | 4,250.00 |
| | Pickups - (3) - 2.5hrs/Ea | 7.50 | Hrs | @ | | 55.00 | Hr | ......... $ | 412.50 |
| | (Balance of pickups and employees hauling and flagging loads) | | | | | | | | |
| 10/29/14 | Haul 25 loads back to Oilmont yard | | | | | | | ......... $ | 55,000.00 |
| 10/31/14 | Peterson Welding - Invoices#3402-3403 - Attached | | | | | | | ......... $ | 4,180.50 |

TOTAL AMOUNT DUE............................................................................................$475,442.88