# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| United States Securities and Exchange Commission, | Court File No. 4:15-cv-053 |
| Plaintiff, | |
| vs. | **MOTION TO APPROVE SETTLEMENT AGREEMENT WITH PEARCE & DURICK AND OTHERS** |
| North Dakota Developments, LLC, Robert L. Gavin, and Daniel Hogan, | |
| Defendants, | |
| and | |
| North Dakota Developments Property Management LLC, Great American Lodge LLC, NDD Holdings 1 LLC, NDD Holdings 2 LLC, NDD Modular LLC, Augusta Exploration, LLC, and Ames Engineering & Development Services LLC, | |
| Relief Defendants. | |

Receiver Gary Hansen (the "Receiver") moves this Court for an Order approving the Settlement Agreement between the Receiver and Pearce & Durick and others. This Motion is based upon the Memorandum of Law and Affidavit of Gary Hansen, the arguments of counsel, and all of the files, records, and proceedings herein.

Dated:  March 16, 2016         **FOX ROTHSCHILD LLP**

By:  /s/ Gary Hansen
    Gary Hansen (MN #40617) admitted *pro hac vice*
    Ranelle Leier (MN #277587) admitted *pro hac vice*

Campbell Mithun Tower – Suite 2000
222 South Ninth Street
Minneapolis, Minnesota  55402-3338
Telephone:  (612) 607-7000
Fax Telephone:  (612) 607-7100
E-Mail: *ghansen@foxrothschild.com*
      *rleier@foxrothschild.com*

**RECEIVER AND ATTORNEY FOR RECEIVER FOR DEFENDANT NORTH DAKOTA DEVELOPMENTS, LLC AND RELIEF DEFENDANTS**

39179470v1