# Exhibit 3

MON DAK ELECTRIC, INC.
PO BOX 1372
LIVINGSTON, MT 59047

Phone: (701) 572-9044
Fax: (701) 572-9049

===================
STATEMENT
===================

NORTH DAKOTA DEVELOPMENTS / GREAT AMERICAN LODGE
5072 BENNNETT LOOP SUITE 300
WILLISTON, ND 58801

Customer #: NDDEV
Customer Phone:
Customer Fax:
Date: 6/10/2015
Page: 1

| Invoice Number | Date | Due Date | Amount | Amount Applied | Past Due Balance | Current Balance |
|---|---|---|---|---|---|---|
| 1345 | 12-03-14 | 12-03-14 | 614.44 | 0.00 | 614.44 | |
| 1372 | 01-13-15 | 01-13-15 | 2,150.83 | 0.00 | 2,150.83 | |
| 1380 | 01-14-15 | 01-14-15 | 2,018.51 | 0.00 | 2,018.51 | |
| 1381 | 01-14-15 | 01-14-15 | 1,015.16 | 0.00 | 1,015.16 | |
| 1462 | 04-03-15 | 04-03-15 | 48,600.00 | 0.00 | 48,600.00 | |
| 1463 | 04-03-15 | 04-03-15 | 35,000.00 | 0.00 | 35,000.00 | |
| 1488 | 04-23-15 | 04-23-15 | 50,860.00 | 0.00 | 50,860.00 | |
| 1489 | 04-23-15 | 04-23-15 | 14,325.00 | 0.00 | 14,325.00 | |
| 1490 | 04-23-15 | 04-23-15 | 2,854.51 | 0.00 | 2,854.51 | |
| 1491 | 04-23-15 | 04-23-15 | 8,614.00 | 0.00 | 8,614.00 | |
| 1492 | 04-23-15 | 04-23-15 | 9,739.00 | 0.00 | 9,739.00 | |
| 1493 | 04-23-15 | 04-23-15 | 12,908.00 | 0.00 | 12,908.00 | |
| 1494 | 04-23-15 | 04-23-15 | 3,616.00 | 0.00 | 3,616.00 | |
| 1495 | 04-23-15 | 04-23-15 | 1,146.00 | 0.00 | 1,146.00 | |
| 1496 | 04-23-15 | 04-23-15 | 1,950.00 | 0.00 | 1,950.00 | |

| Current | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121+ | Amount Due |
|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 106,012.51 | 83,600.00 | 0.00 | 5,798.94 | 195,411.45 |

# INVOICE

**MON-DAK ELECTRIC, INC.**
P.O. Box 1372
Livingston, MT 59047
(406) 222-7382
(406) 222-7707 - Fax

**INVOICE NO.** 1345

| BILL TO | JOB |
|---|---|
| NORTH DAKOTA DEVELOPMENTS<br>5072 BENNNETT LOOP SUITE 300<br>WILLISTON, ND 58801 | GREAT AMERICAN LODGE<br>13021 HWY 85 N.<br>TS 150N R 99W S 17 S.E. 1/4<br>ARNEGARD, ND 58836 |

| CUSTOMER | PURCHASE ORDER NO. | BILL THRU | TERMS | INVOICE DATE | PAGE |
|---|---|---|---|---|---|
| NDDEV | 17303 | | COD | 12/3/14 | 1 |

| ITEM NO. | QUANTITY | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| | | LOCATE SECONDARY CONDUCTORS AND BRANCH CIRCUITS UNDERGROUND IN THE AREA OF THE SEPTIC CONTROL BUILDING. | | |
| PERDIEM | 0.5 | PER DIEM EXPENSE | 35.00 | 17.50 |
| FUELSC | 1 | FUEL SURCHARGE | 36.19 | 36.19 |
| LOCATOR | 1 | RENTAL OF LOCATOR | 97.50 | 97.50 |
| LABORND3 | 4.25 | 11/20/14 MARCU 4.25 HOURS | 109.00 | 463.25 |

ALL INVOICES ARE DUE UPON RECEIPT.
AMOUNTS UNPAID AFTER 30 DAYS WILL BE SUBJECT TO A LATE FEE OF 2.5%
OF THE UNPAID BALANCE AND SUBJECT TO AN INTEREST CHARGE OF 1.5%
(18% PER ANNUM)

| SALE AMOUNT | 614.44 |
|---|---|
| **TOTAL** | **$614.44** |

COMPUTEREASE FORMS DIVISION (877) 577-5791 CE-1013L T127337

# INVOICE

**MON-DAK ELECTRIC, INC.**
P.O. Box 1372
Livingston, MT 59047
(406) 222-7382
(406) 222-7707 - Fax

**INVOICE NO.** 1372

| BILL TO | JOB |
|---|---|
| NORTH DAKOTA DEVELOPMENTS<br>5072 BENNNETT LOOP SUITE 300<br>WILLISTON, ND 58801 | GREAT AMERICAN LODGE<br>13021 HWY 85 N.<br>TS 150N R 99W S 17 S.E. 1/4<br>ARNEGARD, ND 58836 |

| CUSTOMER | PURCHASE ORDER NO. | BILL THRU | TERMS | INVOICE DATE | PAGE |
|---|---|---|---|---|---|
| NDDEV | 17303 | | COD | 1/13/15 | 1 |

| ITEM NO. | QUANTITY | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| | | TROUBLESHOOT PROBLEMS WITH (3) PARKING LOT POLE LIGHTS.<br>INSTALL MISSING T8 LAMPS IN THE NEW STORAGE BUILDING. | | |
| STR12 | 50 | #12 STRANDED THHN COPPER | 0.40 | 20.00 |
| F54T5835HO | 4 | 4' T5/835/HO FLUORESCENT LAMP | 13.16 | 52.64 |
| RENTAL | 1 | MISCELLANEOUS RENTAL | 590.00 | 590.00 |
| FUEL | 1 | FUEL EXPENSE / MILEAGE | 36.19 | 36.19 |
| PERDIEM | 1 | PER DIEM EXPENSE | 35.00 | 35.00 |
| LABORND3 | 11.00 | 12/16/14 KYLE 11 HOURS | 109.00 | 1,199.00 |
| LABORND3 | 2.00 | 12/18/14 KYLE 2 HOURS | 109.00 | 218.00 |

ALL INVOICES ARE DUE UPON RECEIPT.
AMOUNTS UNPAID AFTER 30 DAYS WILL BE SUBJECT TO A LATE FEE OF 2.5%
OF THE UNPAID BALANCE AND SUBJECT TO AN INTEREST CHARGE OF 1.5%
(18% PER ANNUM)

| | |
|---|---|
| SALE AMOUNT | 2,150.83 |
| TOTAL | $2,150.83 |

COMPUTEREASE FORMS DIVISION (877) 577-5791 CE-1013L T127337

# INVOICE

**INVOICE NO.** 1380

**MON-DAK ELECTRIC, INC.**
P.O. Box 1372
Livingston, MT 59047
(406) 222-7382
(406) 222-7707 - Fax

| BILL TO | JOB |
|---|---|
| NORTH DAKOTA DEVELOPMENTS<br>5072 BENNNETT LOOP SUITE 300<br>WILLISTON, ND 58801 | GREAT AMERICAN LODGE<br>13021 HWY 85 N.<br>TS 150N R 99W S 17 S.E. 1/4<br>ARNEGARD, ND 58836 |

| CUSTOMER | PURCHASE ORDER NO. | BILL THRU | TERMS | INVOICE DATE | PAGE |
|---|---|---|---|---|---|
| NDDEV | 17303.GS | | COD | 1/14/15 | 1 |

| ITEM NO. | QUANTITY | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| | | RUN FEED TO GUARD SHACK | | |
| TC8-3 | 150 | 8/3 TECK ARMOURED CABLE | 6.21 | 931.50 |
| SO | 2 | TMC285 TECK CONNECTOR | 43.96 | 87.92 |
| PVC86 | 40 | 2-1/2" PVC-80 CONDUIT | 4.86 | 194.40 |
| GR2 | 2 | 5/8"x8'GROUND ROD COPPER BOND | 28.52 | 57.04 |
| GRC | 2 | GROUND ROD CLAMP | 5.54 | 11.08 |
| PVC42 | 10 | 1" PVC-40 CONDUIT | 0.70 | 7.00 |
| POU010010 | 1 | (1)20A GFI OUTLETS W/ ENCLOSUR U010010 | 85.02 | 85.02 |
| CHBR250 | 1 | 50A/2-P BR BREAKER | 20.54 | 20.54 |
| WP57 | 1 | 1g WP IN USE VERT PLASTIC COV. | 25.32 | 25.32 |
| FUEL | 1 | FUEL EXPENSE / MILEAGE | 36.19 | 36.19 |
| PERDIEM | 0.5 | PER DIEM EXPENSE | 35.00 | 17.50 |
| LABORND3 | 5.00 | 12/18/14  KYLE  5 HOURS | 109.00 | 545.00 |

ALL INVOICES ARE DUE UPON RECEIPT.
AMOUNTS UNPAID AFTER 30 DAYS WILL BE SUBJECT TO A LATE FEE OF 2.5%
OF THE UNPAID BALANCE AND SUBJECT TO AN INTEREST CHARGE OF 1.5%
(18% PER ANNUM)

| | |
|---|---|
| SALE AMOUNT | 2,018.51 |
| TOTAL | $2,018.51 |

# INVOICE

**INVOICE NO.** 1381

**MON-DAK ELECTRIC, INC.**
P.O. Box 1372
Livingston, MT 59047
(406) 222-7382
(406) 222-7707 - Fax

| BILL TO | JOB |
|---|---|
| NORTH DAKOTA DEVELOPMENTS<br>5072 BENNNETT LOOP SUITE 300<br>WILLISTON, ND 58801 | GREAT AMERICAN LODGE<br>13021 HWY 85 N.<br>TS 150N R 99W S 17 S.E. 1/4<br>ARNEGARD, ND 58836 |

| CUSTOMER | PURCHASE ORDER NO. | BILL THRU | TERMS | INVOICE DATE | PAGE |
|---|---|---|---|---|---|
| NDDEV | 17303.GS | | COD | 1/14/15 | 1 |

| ITEM NO. | QUANTITY | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| | | GUARD SHACK | | |
| BID | 1 | BALANCE OF BID (PREVIOUSLY INVOICED $1600.00) | 400.00 | 400.00 |
| SO | 2 | LED LIGHTS | 307.58 | 615.16 |

ALL INVOICES ARE DUE UPON RECEIPT.
AMOUNTS UNPAID AFTER 30 DAYS WILL BE SUBJECT TO A LATE FEE OF 2.5%
OF THE UNPAID BALANCE AND SUBJECT TO AN INTEREST CHARGE OF 1.5%
(18% PER ANNUM)

| | |
|---|---|
| SALE AMOUNT | 1,015.16 |
| TOTAL | $1,015.16 |

# INVOICE

**INVOICE NO.**
1462

**MON-DAK ELECTRIC, INC.**
P.O. Box 1372
Livingston, MT 59047
(406) 222-7382
(406) 222-7707 - Fax

BILL TO
NORTH DAKOTA DEVELOPMENTS
5072 BENNNETT LOOP SUITE 300
WILLISTON, ND 58801

JOB
GREAT AMERICAN LODGE
13021 HWY 85 N.
TS 150N R 99W S 17 S.E. 1/4
ARNEGARD, ND 58836

| CUSTOMER | PURCHASE ORDER NO. | BILL THRU | TERMS | INVOICE DATE | PAGE |
|---|---|---|---|---|---|
| NDDEV | 17303.AD | | COD | 4/3/15 | 1 |

| ITEM NO. | QUANTITY | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| BID | 1 | PHASE 3 ADA UNITS | 48600.00 | 48,600.00 |

ALL INVOICES ARE DUE UPON RECEIPT.
AMOUNTS UNPAID AFTER 30 DAYS WILL BE SUBJECT TO A LATE FEE OF 2.5%
OF THE UNPAID BALANCE AND SUBJECT TO AN INTEREST CHARGE OF 1.5%
(18% PER ANNUM)

| | |
|---|---|
| SALE AMOUNT | 48,600.00 |
| TOTAL | $48,600.00 |

# INVOICE

**INVOICE NO.** 1463

**MON-DAK ELECTRIC, INC.**
P.O. Box 1372
Livingston, MT 59047
(406) 222-7382
(406) 222-7707 - Fax

BILL TO
NORTH DAKOTA DEVELOPMENTS
5072 BENNNETT LOOP SUITE 300
WILLISTON, ND 58801

JOB
GREAT AMERICAN LODGE
13021 HWY 85 N.
TS 150N R 99W S 17 S.E. 1/4
ARNEGARD, ND 58836

| CUSTOMER | PURCHASE ORDER NO. | BILL THRU | TERMS | INVOICE DATE | PAGE |
|---|---|---|---|---|---|
| NDDEV | 17303.TT | | COD | 4/3/15 | 1 |

| ITEM NO. | QUANTITY | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| BID | 1 | 100% TRENCH IN TEMPORARY SERVICE FROM PHASE II EXISTING PEDESTALS TO PHASE III MAIN DISTRIBUTION PANELS. | 35000.00 | 35,000.00 |

ALL INVOICES ARE DUE UPON RECEIPT.
AMOUNTS UNPAID AFTER 30 DAYS WILL BE SUBJECT TO A LATE FEE OF 2.5%
OF THE UNPAID BALANCE AND SUBJECT TO AN INTEREST CHARGE OF 1.5%
(18% PER ANNUM)

| | |
|---|---|
| SALE AMOUNT | 35,000.00 |
| TOTAL | $35,000.00 |

COMPUTEREASE FORMS DIVISION (877) 577-5791  CE-1013L  T127337

# INVOICE

**MON-DAK ELECTRIC, INC.**
P.O. Box 1372
Livingston, MT 59047
(406) 222-7382
(406) 222-7707 - Fax

**INVOICE NO.** 1488

**BILL TO**
NORTH DAKOTA DEVELOPMENTS
5072 BENNNETT LOOP SUITE 300
WILLISTON, ND 58801

**JOB**
GREAT AMERICAN LODGE
13021 HWY 85 N.
TS 150N R 99W S 17 S.E. 1/4
ARNEGARD, ND 58836

| CUSTOMER | PURCHASE ORDER NO. | BILL THRU | TERMS | INVOICE DATE | PAGE |
|---|---|---|---|---|---|
| NDDEV | 17303.P3 | | COD | 4/23/15 | 1 |

| ITEM NO. | QUANTITY | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| BID | 1 | BALANCE OF PHASE III | 50860.00 | 50,860.00 |

ALL INVOICES ARE DUE UPON RECEIPT.
AMOUNTS UNPAID AFTER 30 DAYS WILL BE SUBJECT TO A LATE FEE OF 2.5%
OF THE UNPAID BALANCE AND SUBJECT TO AN INTEREST CHARGE OF 1.5%
(18% PER ANNUM)

| | |
|---|---|
| SALE AMOUNT | 50,860.00 |
| TOTAL | $50,860.00 |

COMPUTEREASE FORMS DIVISION (877) 577-5791 CE-1013L T127337

# INVOICE

**INVOICE NO.** 1489

**MON-DAK ELECTRIC, INC.**
P.O. Box 1372
Livingston, MT 59047
(406) 222-7382
(406) 222-7707 - Fax

**BILL TO**
NORTH DAKOTA DEVELOPMENTS
5072 BENNNETT LOOP SUITE 300
WILLISTON, ND 58801

**JOB**
GREAT AMERICAN LODGE
13021 HWY 85 N.
TS 150N R 99W S 17 S.E. 1/4
ARNEGARD, ND 58836

| CUSTOMER | PURCHASE ORDER NO. | BILL THRU | TERMS | INVOICE DATE | PAGE |
|---|---|---|---|---|---|
| NDDEV | 17303 | | COD | 4/23/15 | 1 |

| ITEM NO. | QUANTITY | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| BID | 1 | BALANCE OF PHASE I AND II LED LIGHTING | 14325.00 | 14,325.00 |

ALL INVOICES ARE DUE UPON RECEIPT.
AMOUNTS UNPAID AFTER 30 DAYS WILL BE SUBJECT TO A LATE FEE OF 2.5%
OF THE UNPAID BALANCE AND SUBJECT TO AN INTEREST CHARGE OF 1.5%
(18% PER ANNUM)

| | |
|---|---|
| SALE AMOUNT | 14,325.00 |
| TOTAL | $14,325.00 |

# INVOICE

**INVOICE NO.** 1490

**MON-DAK ELECTRIC, INC.**
P.O. Box 1372
Livingston, MT 59047
(406) 222-7382
(406) 222-7707 - Fax

| BILL TO | JOB |
|---|---|
| NORTH DAKOTA DEVELOPMENTS<br>5072 BENNNETT LOOP SUITE 300<br>WILLISTON, ND 58801 | GREAT AMERICAN LODGE<br>13021 HWY 85 N.<br>TS 150N R 99W S 17 S.E. 1/4<br>ARNEGARD, ND 58836 |

| CUSTOMER | PURCHASE ORDER NO. | BILL THRU | TERMS | INVOICE DATE | PAGE |
|---|---|---|---|---|---|
| NDDEV | 17303.GS | | COD | 4/23/15 | 1 |

| ITEM NO. | QUANTITY | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| | | GUARD SHACK | | |
| BID | 1 | BALANCE OF BID | 400.00 | 400.00 |
| MISC | 1 | RUNNING OF POWER/TECH CABLE | 2018.51 | 2,018.51 |
| MISC | 1 | ROLLED OVER DUE TO WIND. MON DAK RESET WITH EXCAVATOR TO NEW LOCATION. INSTALLED NEW PANEL COVER. WIRED AS NEEDED | 436.00 | 436.00 |

ALL INVOICES ARE DUE UPON RECEIPT.
AMOUNTS UNPAID AFTER 30 DAYS WILL BE SUBJECT TO A LATE FEE OF 2.5% OF THE UNPAID BALANCE AND SUBJECT TO AN INTEREST CHARGE OF 1.5% (18% PER ANNUM)

| | |
|---|---|
| SALE AMOUNT | 2,854.51 |
| TOTAL | $2,854.51 |

COMPUTEREASE FORMS DIVISION (877) 577-5791 CE-1013L T127337

# INVOICE

**INVOICE NO.** 1491

**MON-DAK ELECTRIC, INC.**
P.O. Box 1372
Livingston, MT 59047
(406) 222-7382
(406) 222-7707 - Fax

BILL TO
NORTH DAKOTA DEVELOPMENTS
5072 BENNNETT LOOP SUITE 300
WILLISTON, ND 58801

JOB
GREAT AMERICAN LODGE
13021 HWY 85 N.
TS 150N R 99W S 17 S.E. 1/4
ARNEGARD, ND 58836

| CUSTOMER | PURCHASE ORDER NO. | BILL THRU | TERMS | INVOICE DATE | PAGE |
|---|---|---|---|---|---|
| NDDEV | 17303 | | COD | 4/23/15 | 1 |

| ITEM NO. | QUANTITY | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| C/O | 1 | REFEED LED LIGHTING CIRCUIT FROM PANEL TO LED LIGHT LOCATION. WIRED IN MC | 8614.00 | 8,614.00 |

ALL INVOICES ARE DUE UPON RECEIPT.
AMOUNTS UNPAID AFTER 30 DAYS WILL BE SUBJECT TO A LATE FEE OF 2.5% OF THE UNPAID BALANCE AND SUBJECT TO AN INTEREST CHARGE OF 1.5% (18% PER ANNUM)

| SALE AMOUNT | 8,614.00 |
|---|---|
| **TOTAL** | **$8,614.00** |

COMPUTEREASE FORMS DIVISION (877) 577-5791 CE-1013L T127337

# INVOICE

**INVOICE NO.** 1492

**MON-DAK ELECTRIC, INC.**
P.O. Box 1372
Livingston, MT 59047
(406) 222-7382
(406) 222-7707 - Fax

**BILL TO**
NORTH DAKOTA DEVELOPMENTS
5072 BENNNETT LOOP SUITE 300
WILLISTON, ND 58801

**JOB**
GREAT AMERICAN LODGE
13021 HWY 85 N.
TS 150N R 99W S 17 S.E. 1/4
ARNEGARD, ND 58836

| CUSTOMER | PURCHASE ORDER NO. | BILL THRU | TERMS | INVOICE DATE | PAGE |
|---|---|---|---|---|---|
| NDDEV | 17303 | | COD | 4/23/15 | 1 |

| ITEM NO. | QUANTITY | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| C/O | 1 | PORCH LIGHTS FOR PHASE III ABC - LABOR AND MATERIAL. ORDERED NEW FIXTURES AS NEEDED. | 9739.00 | 9,739.00 |

ALL INVOICES ARE DUE UPON RECEIPT.
AMOUNTS UNPAID AFTER 30 DAYS WILL BE SUBJECT TO A LATE FEE OF 2.5% OF THE UNPAID BALANCE AND SUBJECT TO AN INTEREST CHARGE OF 1.5% (18% PER ANNUM)

| | |
|---|---|
| SALE AMOUNT | 9,739.00 |
| TOTAL | $9,739.00 |

# INVOICE

**INVOICE NO.** 1493

**MON-DAK ELECTRIC, INC.**
P.O. Box 1372
Livingston, MT 59047
(406) 222-7382
(406) 222-7707 - Fax

**BILL TO**
NORTH DAKOTA DEVELOPMENTS
5072 BENNNETT LOOP SUITE 300
WILLISTON, ND 58801

**JOB**
GREAT AMERICAN LODGE
13021 HWY 85 N.
TS 150N R 99W S 17 S.E. 1/4
ARNEGARD, ND 58836

| CUSTOMER | PURCHASE ORDER NO. | BILL THRU | TERMS | INVOICE DATE | PAGE |
|---|---|---|---|---|---|
| NDDEV | 17303 | | COD | 4/23/15 | 1 |

| ITEM NO. | QUANTITY | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| C/O | 1 | INSTALL SIGN LIGHTING ON COLD STORAGE UNIT- PER DANNY | 12908.00 | 12,908.00 |
| MISC | 0 | A) NOT ENOUGH EXISTING POWER FOR STANDARD HID FIXTURES<br>B) INSTALLED NEW LED FIXTURES AND RACKING OFF UNIT AS NEEDED. WELDED RACKS IN PLACE. CAN BE REMOVED AND REINSTALLED IF NEEDED.<br>C) LABOR, MATERIAL, WINDY AND COLD<br>D) USED EXISTING SIGN, POWER, SET NEW PANEL. COMPLETED WORK | 0.00 | 0.00 |

ALL INVOICES ARE DUE UPON RECEIPT.
AMOUNTS UNPAID AFTER 30 DAYS WILL BE SUBJECT TO A LATE FEE OF 2.5% OF THE UNPAID BALANCE AND SUBJECT TO AN INTEREST CHARGE OF 1.5% (18% PER ANNUM)

| SALE AMOUNT | 12,908.00 |
|---|---|
| **TOTAL** | **$12,908.00** |

# INVOICE

**INVOICE NO.** 1494

**MON-DAK ELECTRIC, INC.**
P.O. Box 1372
Livingston, MT 59047
(406) 222-7382
(406) 222-7707 - Fax

BILL TO:
NORTH DAKOTA DEVELOPMENTS
5072 BENNNETT LOOP SUITE 300
WILLISTON, ND 58801

JOB:
GREAT AMERICAN LODGE
13021 HWY 85 N.
TS 150N R 99W S 17 S.E. 1/4
ARNEGARD, ND 58836

| CUSTOMER | PURCHASE ORDER NO. | BILL THRU | TERMS | INVOICE DATE | PAGE |
|---|---|---|---|---|---|
| NDDEV | 17303 | | COD | 4/23/15 | 1 |

| ITEM NO. | QUANTITY | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| C/O | 1 | SERVICE WIRES DAMAGED - WHEN SETTING 9 OF THE 10 UNITS. UNITS SET DIRECTLY ON THE EXISTING 200 AMP SERVICE WIRES. MON DAK REPAIRED SERVICE URD WIRES, SPLICE KITS, HEAT SHRINK ,FROZEN GROUND AND EXCESS TIME AS NEEDED | 3616.00 | 3,616.00 |

ALL INVOICES ARE DUE UPON RECEIPT.
AMOUNTS UNPAID AFTER 30 DAYS WILL BE SUBJECT TO A LATE FEE OF 2.5% OF THE UNPAID BALANCE AND SUBJECT TO AN INTEREST CHARGE OF 1.5% (18% PER ANNUM)

| | |
|---|---|
| SALE AMOUNT | 3,616.00 |
| TOTAL | $3,616.00 |

COMPUTEREASE FORMS DIVISION (877) 577-5791 CE-1013L T127337

# INVOICE

**INVOICE NO.**
1495

**MON-DAK ELECTRIC, INC.**
P.O. Box 1372
Livingston, MT 59047
(406) 222-7382
(406) 222-7707 - Fax

| BILL TO | JOB |
|---|---|
| NORTH DAKOTA DEVELOPMENTS<br>5072 BENNNETT LOOP SUITE 300<br>WILLISTON, ND 58801 | GREAT AMERICAN LODGE<br>13021 HWY 85 N.<br>TS 150N R 99W S 17 S.E. 1/4<br>ARNEGARD, ND 58836 |

| CUSTOMER | PURCHASE ORDER NO | BILL THRU | TERMS | INVOICE DATE | PAGE |
|---|---|---|---|---|---|
| NDDEV | 17303 | | COD | 4/23/15 | 1 |

| ITEM NO. | QUANTITY | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| C/O | 1 | LOCATED UNDERGROUND FEEDERS - LOCATOR AND LABOR | 532.00 | 532.00 |
| C/O | 1 | LOCATED SECONDARY CONDUCTOR FOR SEPTIC WORK - LOCATOR AND LABOR | 614.00 | 614.00 |

ALL INVOICES ARE DUE UPON RECEIPT.
AMOUNTS UNPAID AFTER 30 DAYS WILL BE SUBJECT TO A LATE FEE OF 2.5% OF THE UNPAID BALANCE AND SUBJECT TO AN INTEREST CHARGE OF 1.5% (18% PER ANNUM)

| | |
|---|---|
| SALE AMOUNT | 1,146.00 |
| TOTAL | $1,146.00 |

COMPUTEREASE FORMS DIVISION (877) 577-5791  CE-1013L  T127337

# INVOICE

**INVOICE NO.** 1496

**MON-DAK ELECTRIC, INC.**
P.O. Box 1372
Livingston, MT 59047
(406) 222-7382
(406) 222-7707 - Fax

BILL TO:
NORTH DAKOTA DEVELOPMENTS
5072 BENNNETT LOOP SUITE 300
WILLISTON, ND 58801

JOB:
GREAT AMERICAN LODGE
13021 HWY 85 N.
TS 150N R 99W S 17 S.E. 1/4
ARNEGARD, ND 58836

| CUSTOMER | PURCHASE ORDER NO. | BILL THRU | TERMS | INVOICE DATE | PAGE |
|---|---|---|---|---|---|
| NDDEV | 17303 | | COD | 4/23/15 | 1 |

| ITEM NO. | QUANTITY | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| C/O | 1 | REPAIR PARKING POLE LIGHTS AND WIRING- PER D.H | 1950.00 | 1,950.00 |

ALL INVOICES ARE DUE UPON RECEIPT.
AMOUNTS UNPAID AFTER 30 DAYS WILL BE SUBJECT TO A LATE FEE OF 2.5% OF THE UNPAID BALANCE AND SUBJECT TO AN INTEREST CHARGE OF 1.5% (18% PER ANNUM)

| SALE AMOUNT | 1,950.00 |
|---|---|
| **TOTAL** | **$1,950.00** |