UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

NORTHWESTERN DIVISION

---

| | |
|---|---|
| United States Securities and Exchange Commission,<br><br>        Plaintiff,<br><br>        vs.<br><br>North Dakota Developments, LLC, Robert L. Gavin, and Daniel Hogan,<br><br>        Defendants,<br><br>and<br><br>North Dakota Developments Property Management LLC, Great American Lodge LLC, NDD Holdings 1 LLC, NDD Holdings 2 LLC, NDD Modular LLC, Augusta Exploration, LLC, and Ames Engineering & Development Services LLC,<br><br>        Relief Defendants. | Court File No. 4:15-cv-053<br><br>**FOURTH INTERIM FEE APPLICATION FOR PROFESSIONAL FEES AND EXPENSES OF RECEIVER GARY HANSEN** |

---

For his Fourth Interim Fee Application for Professional Fees and Expenses of Receiver Gary Hansen ("Application"), Receiver Gary Hansen (the "Receiver") states:

### A.    Information about the Applicant and the Application

The Receiver was appointed on May 18, 2015 pursuant to the Court's Order Granting Plaintiff's Motion for Preliminary Injunction and Appointment of Receiver, Asset Freeze, and other Equitable Relief [Dkt. No. 20] ("Receiver Order"). This Fourth Interim Fee Application covers services provided by the Receiver and his law firm Fox Rothschild LLP ("Fox Rothschild"), from February 1, 2019 through January 31, 2020.

Pursuant to the Receiver's agreement with the United States Securities and Exchange Commission ("SEC"), the Receiver reduced his hourly rate for this matter to $525. All other rates were reduced by ten percent, with a cap of $525. Below is a list of the names and hourly rates of all professionals and paraprofessionals at Fox Rothschild who have provided services to the receivership during this billing time period.

| Timekeeper | 2019 Rate | 2020 Rate |
|---|---|---|
| Gary Hansen | $525.00 | $525.00 |
| Ranelle Leier | $468.00 | $490.50 |

**B.  Status Update**

Since his appointment, the Receiver has extensively investigated the available assets of the receivership entities. The identified assets are far less than the approximately $60 million contributed by investors. The Receiver has also spent significant time communicating with creditors of North Dakota Developments, LLC ("NDD") and the other receivership entities, as well as the defrauded investors in NDD. Although the Receiver was able to negotiate settlements with certain creditors resulting in additional moneys being brought into the receivership, most of these efforts did not necessarily generate funds for the receivership. Nonetheless, the Receiver viewed his communications with creditors and investors as important services to be provided as part of the receivership.

As detailed in the Receiver's initial fee application, the Receiver previously sold the assets located on the Great American Lodge – Watford West property, with the purchase price being made in installment payments. The final installment was due in May 2018. Full payment of this final installment, totaling $285,324.25 plus 6% interest, has not been made. Instead, the purchaser has made partial payments totaling $225,000.00. The Receiver has had numerous

conversation with the purchaser regarding the unpaid balance and is working to get the outstanding balance paid in full.

The Receiver continues to investigate additional sources of funds for the receivership. The Receiver is involved in one on-going piece of litigation. Prior to the establishment of the receivership, the septic system at the Great American Lodge – Watford West site failed. The Receiver retained North Dakota counsel to pursue claims against the contractors involved with construction of the septic system. The case is pending in McKenzie County, North Dakota. Under the case scheduling order, the case was set for trial on that court's first available trial setting after July 16, 2019. Because of the court's docket, however, the court's clerk has informed the parties that the first available trial setting is April 13-17, 2020 and that the case has been set for trial on these dates. It is our understanding that the trial is still scheduled for these dates.

As of the date of this filing, the receivership has approximately $1,610,000 in cash in its bank account.

The Receiver continues to compile creditor claims against the receivership entities. Exclusive of investor claims, the Receiver is currently aware of creditor claims totaling in excess of $2 million. To date, the Receiver has not paid any creditor claims.

While the remaining outstanding issues are being resolved, the Receiver is preparing a proposed distribution plan to be submitted to the Court for its consideration. This plan will include a process for notice to all known and unknown claimants and an opportunity for such claimants to be heard. As such, once the receivership assets are fully liquidated, the Receiver will then be able to move forward on the Court-approved asset distribution plan.

### C.     Current Fees and Expenses

This is the Receiver's fourth fee application.  The Receiver is requesting approval from the Court for the payment of attorneys' fees in the amount of $28,633.95 and expenses in the amount of $47.40 for the time period February 1, 2019 through January 31, 2020.  Prior to the submission of the Application to the Court, the Receiver provided a copy of the Receiver's invoice to the SEC for its review and comment.  The Receiver is also submitting the Receiver's invoice to the Court for *in camera* review.

The chart below sets forth the billing professional or paraprofessional, the total hours billed by each person, and the total amount of billing for each person during the February 1, 2019 through January 31, 2020 time period.

| Timekeeper | Total Hours | Total Billing |
|---|---:|---:|
| Gary Hansen | 1.50 | $787.50 |
| Ranelle Leier | 57.90 | $27,846.45 |
| **TOTAL** | 59.40 | $28,633.95 |

The expenses for which the Receiver seeks reimbursement are summarized in the chart below.

| Expenses – 2/1/2019 – 1/31/2020 | |
|---|---:|
| Category | Amount |
| Photocopying | $47.40 |
| **TOTAL** | $47.40 |

The Receiver's invoice provides detailed time entries describing the work performed by each timekeeper and includes additional details regarding the expenses for which the Receiver seeks reimbursement.  In support of this Application, the Receiver has also submitted a Certification indicating *inter alia* that all of the fees and expenses for which he is seeking

reimbursement are true and accurate and that such fees are reasonable, necessary and commensurate with the skill and experience required for the activity performed.

Pursuant to the Billing Instructions provided to the Receiver by the SEC, the Receiver acknowledges that, to the extent requested by the SEC, this Application may be subject to a 20% holdback of the requested fees and expenses, and that the total amounts held back during the course of the receivership will be paid out at the discretion of the Court as part of the final fee application submitted at the close of the receivership.  If the SEC makes such a request, the Receiver does not object to this request.  If the Court orders that any of the requested fees and expenses be held back, such funds will be held by the Receiver in a segregated account, payment of which will be considered by the Court with the Receiver's final fee application.

Therefore, the Receiver respectfully requests the Court to authorize payment to the Receiver in amount of $28,681.35.

Dated:  March 2, 2020              **FOX ROTHSCHILD LLP**

By: _s/ Ranelle Leier_
   Gary Hansen (MN #40617) admitted *pro hac vice*
   Ranelle Leier (MN #277587) admitted *pro hac vice*

Campbell Mithun Tower – Suite 2000
222 South Ninth Street
Minneapolis, Minnesota  55402-3338
Telephone:  (612) 607-7000
Fax Telephone:  (612) 607-7100
E-Mail: *ghansen@foxrothschild.com*
      *rleier@foxrothschild.com*

**RECEIVER AND ATTORNEY FOR RECEIVER FOR DEFENDANT NORTH DAKOTA DEVELOPMENTS, LLC AND RELIEF DEFENDANTS**